UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA CARSON, | : |
| Plaintiff, | : |
| v. | : 3:04-cv-2157 (WWE) |
| STATE OF CONNECTICUT DEPARTMENT OF CHILDREN & FAMILIES, NICOLE McKELVEY, MARGARET MUNIGLE-KUNSCH, CATHLEEN SIMPSON, DAVID WILLIAMS, MALCOLM BLUE, LEANN CESTARI, SHARON GADDY, VICTOR BAITHWAITE, KRISTINE RAGAGLIA, MARY SOLERA, JEANETTE PEREZ, JUDITH KALLEN, and DOROTHY HAMILTON, | : |
| Defendants. | : |

**RULING ON DEFENDANTS' MOTION FOR JUDGMENT**

This action concerns allegations of violations of employment rights and statutory protections. Plaintiff Linda Carson alleges violations of the Connecticut Fair Employment Practices Act; violations of the Age Discrimination in Employment Act; violations of the Americans with Disabilities Act; violations of the Rehabilitation Act; violations of the Workers' Compensation Act; breach of contract as to defendants in their individual capacities and the intentional infliction of emotional distress.[1] Defendants move for judgment, requesting that the Court dismiss the case with prejudice due to lack of service.

---

[1] The Court dismissed the matter against the defendants in their official capacities by ruling dated April 11, 2006 [Doc. # 50].

1

This matter has been pending since December 21, 2004. Defendants have endured a plethora of motions requesting extensions of time in order for plaintiff to effect service on the named defendants. The Court has given plaintiff the benefit of the doubt and indulged counsel's requests up until August 14, 2006, when it denied plaintiff's most recent request for an extension of time [Doc. # 62]. By that date, plaintiff had enjoyed twenty months in order to effect service. Notwithstanding this denial, plaintiff again requested a motion for extension of time on August 18, 2006 [Doc. # 63], which the Court denied on August 21, 2006 [Doc. #64]. Because plaintiff has failed to serve defendants by this late date, the Court will dismiss this matter with prejudice.

## CONCLUSION

For the foregoing reasons, the Court GRANTS defendants' motion for judgment [Doc. #61] and dismisses this case with prejudice. The Clerk is instructed to close this case.

Dated this 23rd day of October, 2006 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior United States District Judge